

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00464-CV

Omar Alonso **GONZALES** dba Alonso Diesel,
Appellant

v.

Luis **GALVAN** and Alamo Grading, LLC,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV04916
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed: November 23, 2016

DISMISSED FOR WANT OF PROSECUTION

Appellant is pro se in this appeal. The reporter's record was originally due on August 30, 2016. On August 30, 2016, the court reporter filed a Notification of Late Record, stating the reporter's record had not been filed in this appeal because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record. On September 2, 2016, this court issued an order stating that, if appellant desired a reporter's record, and had not already done so, appellant was required to (1) request in writing, no later than September 12, 2016, that a reporter's record be prepared and (2) designate in writing, no later than September 12, 2016, the exhibits and

those portions of the record to be included in the reporter's record. *Id.* We also ordered appellant to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than September 12, 2016. Finally, we ordered appellant to provide written proof to this court no later than September 12, 2016 that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant was entitled to appeal without paying the reporter's fee.

Because appellant did not respond to our September 2, 2016 order, appellant's brief became due on October 19, 2016, without benefit of a reporter's record. Because appellant did not file his brief or a motion for extension of time in which to file his brief, on October 28, 2016, we ordered appellant to file his brief and a written response reasonably explaining his failure to timely file the brief. Our order cautioned appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

Appellant has not responded to our orders; therefore, this appeal is dismissed for want of prosecution.

PER CURIAM